UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>███████,<br>CLARA VILLEGAS, AND<br>EDWARD MICHAEL BARON | §§§§§§§§§   CR. NO. 4:22-CR- |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
(Conspiracy to Possess with the Intent to Distribute a Controlled Substance)

On or between February 4, 2021, and February 10, 2021, in the Southern District of Texas, and elsewhere,

███████,
**CLARA VILLEGAS, and**
**EDWARD MICHAEL BARON**

defendants herein, did unlawfully, knowingly, and intentionally, combine, conspire, confederate, and agree with each other and with others, known and unknown to the Grand Jury, to possess with the intent to distribute a controlled substance, to wit: 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A)(viii).

**A TRUE BILL**

_____
**FOREPERSON OF THE GRAND JURY**

JENNIFER B. LOWERY
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS

By: *Edward F. Gallagher*
EDWARD F. GALLAGHER
**Assistant United States Attorney**